1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11  STEVEN HICKS,                              1:15-cv-00588 DLB (PC)

12              Plaintiff,

13       v.                                    ORDER TRANSFERRING CASE TO THE
                                               SACRAMENTO DIVISION OF THE
14  CALIFORNIA STATE PRISON DVI,               EASTERN DISTRICT OF CALIFORNIA

15              Defendant.

16

17       Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18  U.S.C. § 1983.

19       In his complaint, plaintiff alleges violations of his civil rights by defendants.  The alleged

20  violations took place in San Joaquin County, which is part of the Sacramento Division of the

21  United States District Court for the Eastern District of California. Therefore, the complaint should

22  have been filed in the Sacramento Division.

23       Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

24  court may, on the court's own motion, be transferred to the proper court.  Therefore, this action

25  will be transferred to the Sacramento Division.  This court will not rule on plaintiff's request to

26  proceed in forma pauperis.

27       Good cause appearing, IT IS HEREBY ORDERED that:

28       1.  This action is transferred to the United States District Court for the Eastern District of

1

1  California sitting in Sacramento; and

2          2.  All future filings shall refer to the new Sacramento case number assigned and shall be

3  filed at:

4                              United States District Court
                               Eastern District of California
5                              501 "I" Street, Suite 4-200
                               Sacramento, CA 95814
6

7

8

9  IT IS SO ORDERED.

10     Dated:   **April 22, 2015**                    /s/ *Dennis L. Beck*

11                                          UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28